**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**VICTOR CUESTA,**                                              **CASE NO.: 1:26-cv-20179-KMM**

　　　*Plaintiff,*

**v.**

**TRANS UNION, LLC, EXPERIAN**
**INFORMATION SOLUTIONS, INC.,**
**EQUIFAX INFORMATION SERVICES**
**LLC, AND CITIBANK, N.A.,**

　　　*Defendants.*

_____/

**JOINT NOTICE OF SETTLEMENT BETWEEN**
**PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff, VICTOR CUESTA and Defendant, EQUIFAX INFORMATION SERVICES, LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: April 9, 2026

*Respectfully submitted,*

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **SEYFARTH SHAW LLP** |
| 830 North Federal Highway | 233 S. Wacker Drive |
| Lake Worth, FL 33460 | Chicago, IL  60606-6448 |
| Telephone: 561-655-3925 | Telephone: (312) 460-5000 |
| Fax: 844-921-1022 | Facsimile: (312) 460-7000 |

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiff*

*/s/ Paige Vacante*
Paige Vacante
FBN: 1019135
Email: pvacante@seyfarth.com
*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 9, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiff*

2