**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO. 1:26-cv-20179-CMA**

VICTOR CUESTA,

      Plaintiff,

v.

CITIBANK, N.A., et al.,

      Defendants.

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT CITIBANK, N.A.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Plaintiff, Victor Cuesta does not oppose Defendant Citibank, N.A.'s Motion to Compel Arbitration and Stay Proceedings (ECF No. 32), as the parties entered into a contract with an enforceable arbitration provision and because Plaintiff's claims are encompassed by that agreement.

WHEREFORE Plaintiff Victor Cuesta respectfully requests, that the Court enter an order granting Defendant Citibank, N.A.'s Motion to Stay Proceedings as to Defendant Citibank, N.A., pending resolution of arbitration proceedings.

Plaintiff also requests that the Court direct the parties to jointly file status reports apprising the Court of the status of the dispute resolution process, every one hundred twenty (120) days following the date of this Order.

Dated: April 10, 2026

      Respectfully Submitted,

      **SHARMIN & SHARMIN, P.A.**

830 North Federal Highway
Lake Worth Beach, FL 33460
Telephone (561) 655-3925
Fax: 561-202-9041

**/s/ *Eyal Eisig***
Eyal Eisig, Esq.
Florida Bar No. 109438
Email: eyal@sharminlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 10, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

**/s/ *Eyal Eisig***
Eyal Eisig, Esq.
Florida Bar No. 109438
Email: eyal@sharminlaw.com
*Attorneys for Plaintiff*