**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**VICTOR CUESTA**

    *Plaintiff ,*

   v.

                          **Case No.:**     **1:26-cv-20179-CMA**

**TRANS UNION, LLC, EXPERIAN**
**INFORMATION SOLUTIONS, INC.,**
**EQUIFAX INFORMATION SERVICES**
**LLC, AND CITIBANK, N.A.**

    *Defendants,*

    _____/

## PLAINTIFF'S AMENDED NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

In accordance with Southern District of Florida Local Rule 3.8, I certify that this case:

☒ - IS Related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

VICTOR CUESTA v.  LEXISNEXIS RISK SOLUTIONS INC. Case No.: 1:26-cv-20182-KMW

☐ IS NOT related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court or administrative agency,

Dated: May 08, 2026

                        *Respectfully Submitted,*

                        **SHARMIN & SHARMIN, P.A**.
                        830 North Federal Highway
                        Lake Worth, FL 33460
                        Telephone: 561-655-3925
                        Direct: 561-296-9109
                        Fax: 844-921-1022

                        */s/ Eyal Eisig*_____
                        Eyal S. Eisig, Esq.
                        FBN: 109438
                        Email: eyal@sharminlaw.com
                        *Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 8, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to the parties of record. I also certify that the foregoing document is being served this date via mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronic notices of electronic filing.

*/s/ Eyal Eisig*
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Counsel for Plaintiff*