**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**VICTOR CUESTA,**                                                    **CASE NO.: 1:26-cv-20179-KMM**

    *Plaintiff,*

**v.**

**TRANS UNION, LLC, EXPERIAN**
**INFORMATION SOLUTIONS, INC.,**
**EQUIFAX INFORMATION SERVICES**
**LLC, AND CITIBANK, N.A.,**

    *Defendants.*

_____/

**JOINT NOTICE OF SETTLEMENT BETWEEN**
**PLAINTIFF AND DEFENDANT TRANS UNION, LLC**

Plaintiff, VICTOR CUESTA and Defendant, TRANS UNION, LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle.  As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: May 12, 2026

*Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*

**TRANS UNION, LLC**
555 W. Adams Street
Chicago, IL 60661
Telephone: (469) 578-1464

*/s/ Charlotte Long*
Charlotte Long, Esq.
FBN: 0112517
Email: charlotte.long@transunion.com

*Counsel for Defendant*
*Trans Union, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 12, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*