**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**VICTOR CUESTA,**                                                    **CASE NO.: 1:26-cv-20179-KMM**

*Plaintiff,*

**v.**

**TRANS UNION, LLC, EXPERIAN**
**INFORMATION SOLUTIONS, INC.,**
**EQUIFAX INFORMATION SERVICES**
**LLC, AND CITIBANK, N.A.,**

*Defendants.*

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT TRANS UNION, LLC**

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, VICTOR CUESTA, and

Defendant, TRANS UNION, LLC (Trans Union), have resolved the claims between them. All

Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice.

Plaintiff and Trans Union shall each bear their own attorneys' fees and costs.

Dated: June 5, 2026

*Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eyal@sharminlaw.com

*Counsel for Plaintiff*

**ADAMS AND REESE LLP**
100 North Tampa Street, Suite 4000
Tampa, FL, 33602
Telephone: (813) 402-2880

*/s/ Chantal M. Pillay*
Chantal M. Pillay, Esq.
FBN: 108369
Email: chantal.pillay@arlaw.com

*Counsel for Defendant*
*Citibank, N.A.*

**JONES DAY**
600 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9636

*/s/ Blake J. Hawthorne*
Blake Jennings Hawthorne, Esq.
FBN: 1069129
Email: blakehawthorne@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**TRANS UNION, LLC**
555 W. Adams Street
Chicago, IL 60661
Telephone: (469) 578-1464

*/s/ Charlotte Long*
Charlotte Long, Esq.
FBN: 0112517
Email: charlotte.long@transunion.com

*Counsel for Defendant*
*Trans Union, LLC*

**SEYFARTH SHAW, LLP**
233 South Wacker Drive, Ste. 8000
 Chicago, IL 60606
Telephone: (312) 460-5000
 Fax: (312) 460-7000

 */s/ Paige Vacante*
Paige Vacante, Esq.
Florida Bar No. 1019135 Email:
pvacante@seyfarth.com Counsel for

*Defendant Equifax Information Services,
LLC*