**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| **VICTOR CUESTA**, | **CASE NO.: 1:26-cv-20179-CMA** |
| *Plaintiff,* | |
| **v.** | |
| **TRANS UNION, LLC, et. al.** | |
| *Defendants.* | |

_____/

**NOTICE OF SCHEDULED MEDIATION**

Plaintiff Victor Cuesta and Defendants Experian Information Solutions, Inc. and Citibank, N.A. by and through the undersigned counsel and pursuant to the Scheduling Order [ECF. 22], hereby respectfully notify the Court that the parties have scheduled a mediation conference with Sarah Engel for September 3, 2026, at 10:00am EST at Grand Bay Plaza, 2665 S. Bayshore Drive Suite 220 Coconut Grove, FL 33133.

Date: June 15, 2026

*Respectfully Submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eyal S. Eisig*
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on June 15, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/ Eyal S. Eisig*
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Counsel for Plaintiff*
