**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

VICTOR CUESTA,

      Plaintiff,

  v.

TRANS UNION, LLC, et. al.,

      Defendants.

Case No. 1:26-cv-20179-KMM

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 11.1(d)(3), Blake Jennings Hawthorne, Esq. of Jones Day, counsel of record for Defendant Experian Information Solutions, Inc., ("Experian"), respectfully requests that the Court allow him to withdraw as counsel of record for Experian in this case. In support of this unopposed motion, the undersigned states as follows:

1. Experian has elected to retain new counsel, Goodwin Procter LLP, to represent it in this matter going forward. Counsel from Goodwin Procter LLP is filing a notice of appearance simultaneously herewith.

2. Pursuant to Local Rule 11.1(d)(3)(A), the undersigned certifies that he notified Experian of the withdrawal, and Experian has consented to the requested withdrawal of Blake Jennings Hawthorne as its counsel of record in this case.

3. The requested withdrawal is not prejudicial to any of the parties.

WHEREFORE, Blake Jennings Hawthorne respectfully requests that this Court enter an Order granting this unopposed motion and allowing the undersigned to withdraw as counsel of record for Experian in this case.

## <u>LOCAL RULE 7.1(A)(3) PRE-FILING CONFERENCE CERTIFICATION</u>

I HEREBY CERTIFY that I conferred with Plaintiff's counsel regarding the relief requested herein, and Plaintiff kindly does not oppose the requested relief.

Dated: June 29, 2026

Respectfully submitted,

*/s/ Blake J. Hawthorne*
Blake Jennings Hawthorne, Esq.
Florida Bar No. 1069129
JONES DAY
Brickell World Plaza
600 Brickell Ave
Ste 3300
Miami, FL 33131
Phone: (305) 714-9666
Email: blakehawthorne@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*